1  Susan E. Hollander (Bar No. CA 133473)
   E-mail: shollander@manatt.com
2  Laura M. Franco (Bar No. CA 186765)
   E-mail: lfranco@manatt.com
3  Kathryn A. B. Bartow (Bar No. 215414)
   Email: kbartow@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
6  Facsimile: (650) 213-0260

7  Matthew P. Kanny (Bar No. CA 167118)
   E-mail: mkanny@manatt.com
8  MANATT, PHELPS & PHILLIPS, LLP
   11355 W. Olympic Blvd.
9  Los Angeles, CA 90064
   Telephone: (310) 312-4000
10 Facsimile: (310) 312-4224

11 Attorneys for Defendants
   WAL-MART STORIES, INC., A DELAWARE
12 CORPORATION, DBA SAM'S CLUB

**GRANTED**
*James Ware*
Judge James Ware
2/21/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| NORTH COAST DIST. INC., A CALIFORNIA CORPORATION, DBA NEPTUNE SURFBOARDS, BRENT HUDSON, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORIES, INC., A DELAWARE CORPORATION, DBA SAM'S CLUB,<br><br>Defendants. | CASE NO. C 07 0655 (JW RS)<br><br>STIPULATION TO EXTEND TIME TO FOR DEFENDANT TO FILE A RESPONSE |

Pursuant to Local Rule 6-1(a) plaintiffs NORTH COAST DIST. INC., dba NEPTUNE SURFBOARDS and BRENT HUDSON and defendant WAL-MART STORIES, INC., dba SAM'S CLUB ("Wal-Mart"), by and through their respective counsel of record, stipulate to

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. EXTEND TIME TO RESPOND
- CASE NO. C 07 0655 (JW RS)

1  extend the time within which Wal-Mart may answer or otherwise respond to the initial complaint
2  by thirty (30) days. No prior extension of time to respond to the complaint has been granted to
3  Wal-Mart. Wal-Mart's responsive pleading will now be due March 28, 2007.

6  Dated: February 20, 2007.          MANATT, PHELPS & PHILLIPS, LLP

8                                       By: _____
                                            Laura M. Franco, Esq.
9                                           *Attorneys for Defendant*
                                            WAL-MART STORES, INC., A DELAWARE
10                                          CORPORATION, dba SAM'S CLUB

12 Dated: February __, 2007.          RAY K. SHAHANI
                                       ATTORNEY AT LAW

15                                      By: _____
                                            Ray K. Shahani, Esq.
                                            *Attorneys for Plaintiffs*
16                                          NORTH COAST DIST. INC., dba NEPTUNE
                                            SURFBOARDS and BRENT HUDSON

20176193.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                                       STIP. EXTEND TIME TO RESPOND
                                        - CASE NO. C 07 0655 (JW RS)