UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| NORTH COAST DIST. INC., A CALIFORNIA CORPORATION, DBA NEPTUNE SURFBOARDS, BRENT HUDSON, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., A DELAWARE CORPORATION, DBA SAM'S CLUB,<br><br>Defendants. | CASE NO. C 07 0655 (JW RS)<br><br>[PROPOSED] ORDER REGARDING INCONTESTABILITY OF PLAINTIFFS' MARKS |

Plaintiffs North Coast Dist., Inc. and Brent Hudson ("Plaintiffs") and defendant Wal-Mart Stores, Inc. ("Defendant") hereby stipulate to the entry of this Order and agree as follows:

1. On March 28, 2006, Defendant filed a Motion to Strike the allegations in Plaintiffs' complaint that its federal trademark registrations, Nos. 2,935,041, 2,966,820 and 2,966,821 ("Plaintiffs' Registrations"), were incontestable. In the alternative, Defendant moved for Partial Summary Judgment that Plaintiffs' Registrations were not incontestable.

2. On April 2, 2006, Plaintiffs agreed to amend their complaint to remove the allegations that Plaintiffs' Registrations are incontestable.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20179531.1

[PROPOSED] ORDER
CASE NO. C 07 0655 (JW RS)

3.   At the present time, Plaintiffs' Registrations, Nos. 2,935,041, 2,966,820 and 2,966,821 (registered March 22, 2005, July 12, 2005 and July 12, 2005, respectively) are not incontestable under Section 15 of the Lanham Act, 15 U.S.C. § 1065. This Order shall not be interpreted or construed to limit or abrogate in any way the registrant's right to file Affidavits of Incontestability under 15 U.S.C. § 1065 after five consecutive years of continuous use of the marks from the date of the respective registrations.

Dated: April 19, 2007

RAY K. SHAHANI
ATTORNEY AT LAW

By: _____
Ray K. Shahani

*Attorney for Plaintiffs*
NORTH COAST DIST., INC. and
BRENT HUDSON

Dated: April 20, 2007

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Susan E. Hollander
Matthew P. Kanny
Laura M. Franco
Kathryn A. B. Bartow
*Attorneys for Defendant*
WAL-MART STORES, INC.

PURSUANT TO STIPULATION
IT IS SO ORDERED.

Dated: April 24, 2007

_____
The Honorable James Ware
U.S. District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20179531.1

2

[PROPOSED] ORDER
CASE NO. C 07 0655 (JW RS)