Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
NORTH COAST DIST. INC., a California Corporation,
dba NEPTUNE SURFBOARDS, and
BRENT HUDSON, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST DIST. INC., a California corporation, dba NEPTUNE SURFBOARDS, BRENT HUDSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, dba SAM'S CLUB<br><br>Defendants. | Case No. C 07-00655 JW RS<br><br>STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, COMMON-LAW INFRINGEMENT AND DILUTION OF TRADEMARKS |

Pursuant to FRCivP Rule 15(a) et seq., plaintiffs NORTH COAST DIST. INC., a California corporation, dba NEPTUNE SURFBOARDS, BRENT HUDSON, an individual and defendants WAL-MART STORES, INC., dba SAM'S CLUB, by and through their respective counsel of record, hereby stipulate to the filing of the plaintiffs' FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, COMMON-LAW INFRINGEMENT AND DILUTION OF TRADEMARKS in response to defendants' NOTICE OF MOTION AND MOTION TO STRIKE OR IN THE ALTERNATIVE MOTION FOR PARTIAL SUMMARY OF JUDGMENT filed by and through defendants WAL-MART STORES, INC., dba SAM'S CLUB's counsel on March 28, 2007.

///

| | | |
|---|---|---|
| Date: 4-19-2007 | Plaintiffs' Counsel | _[signature]_<br>Signature |
| | Plaintiffs' Counsel | Ray K. Shahani, Esq.<br>Printed Name |
| Date: April 18, 2006 | Defendants' Counsel | _[signature]_<br>Signature |
| | Defendants' Counsel | Laura M. Franco, Esq.<br>Printed Name<br>Susan Hollander, Esq.<br>Printed Name |

ORDER OF THE COURT

IT IS SO ORDERED.

Date: May 10 2007

_[signature]_
Honorable James Ware
United States District Court Judge

///