```
 1  Ray K. Shahani (Bar No. CA 160814)
    Attorney at Law
 2  Twin Oaks Office Plaza
    477 Ninth Avenue, Suite 112
 3  San Mateo, CA 94402-1854
    Telephone: (650) 348-1444
 4  Facsimile: (650) 348-8655

 5  Attorneys for Plaintiffs
    NORTH COAST DIST., INC. and
 6  BRENT HUDSON

 7

 8  Susan E. Hollander (Bar No. CA 133473)
    Laura M. Franco (Bar No. CA 186765)
 9  Kathryn A. B. Bartow (Bar No. 215414)
    MANATT, PHELPS & PHILLIPS, LLP
10  1001 Page Mill Road, Building 2
    Palo Alto, CA 94304-1006
11  Telephone: (650) 812-1300
    Facsimile: (650) 213-0260
12  Matthew P. Kanny (Bar No. CA 167118)
    MANATT, PHELPS & PHILLIPS, LLP
13  11355 W. Olympic Blvd.
    Los Angeles, CA 90064
14  Telephone: (310) 312-4000
    Facsimile: (310) 312-4224
15
    Attorneys for Defendants
16  WAL-MART STORES, INC.
```

**GRANTED**
Judge James Ware
12/12/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| NORTH COAST DIST. INC., A CALIFORNIA CORPORATION, DBA NEPTUNE SURFBOARDS, BRENT HUDSON, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., A DELAWARE CORPORATION, DBA SAM'S CLUB,<br><br>Defendants. | CASE NO. C 07 0655 (JW RS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Before the Honorable James Ware |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C 07 0655 (JW RS)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to waive its rights to appeal and bear its own costs and attorneys' fees

Dated:  December 8, 2008

RAY K. SHAHANI

By: _____
Ray K. Shahani
*Attorney for Plaintiffs*
NORTH COAST DIST., INC.
AND BRENT HUDSON

Dated:  December 8, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Susan E. Hollander
Matthew P. Kanny
Laura M. Franco
Kathryn A. B. Bartow
*Attorneys for Defendant*
WAL-MART STORES, INC.

20187143.1

**IT IS SO ORDERD:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: December 12, 2008

_____
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C 07 0655 (JW RS)